FILED IN OPEN COURT
ON 2|11|2022 CB
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:22-CR-27-1 BO(3)
NO. 5:22-CR-27-2 BO(3)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 22-MJ-00014-MAYNARD |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| CHRISTOPHER TRINIDAD-LOPEZ | ) | |
| JOHNATHAN WILSON | ) | |

FILED BY ___ AT ___ D.C.

**Feb 10, 2022**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

The Grand Jury charges that:

## COUNT ONE

Beginning in or about April 2021, the exact date being unknown to the Grand Jury, and continuing up to and including on or about April 23, 2021, in the Eastern District of North Carolina and elsewhere, the defendants, CHRISTOPHER TRINIDAD-LOPEZ and JOHNATHAN WILSON, did combine, conspire, confederate, agree, and have a tacit understanding with each other and other persons, known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with the intent to distribute five hundred (500) grams or more of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

### COUNT TWO

On or about April 23, 2021, in the Eastern District of North Carolina, the defendants, CHRISTOPHER TRINIDAD-LOPEZ and JOHNATHAN WILSON, aiding and abetting each other, did knowingly and intentionally possess with the intent to distribute five hundred (500) grams or more of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

### COUNT THREE

On or about April 23, 2021, in the Eastern District of North Carolina, the defendant, CHRISTOPHER TRINIDAD-LOPEZ, did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, as charged in Count Two of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

### COUNT FOUR

On or about April 23, 2021, in the Eastern District of North Carolina, the defendant, JOHNATHAN WILSON, did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, as charged in Count Two of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT FIVE

On or about April 23, 2021, in the Eastern District of North Carolina, the defendant, JOHNATHAN WILSON, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, knowingly possessed firearms, and the firearms were in and affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924.

[remainder of page intentionally left blank]

## FORFEITURE NOTICE

Notice is hereby given that all right, title and interest in the property described herein is subject to forfeiture.

Upon conviction of any felony violation of the Controlled Substances Act charged herein, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the said offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said offense.

Upon conviction of any violation of the Gun Control Act, the National Firearms Act, or any other offense charged herein that involved or was perpetrated in whole or in part by the use of firearms or ammunition, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and/or 26 U.S.C. § 5872, as made applicable by 28 U.S.C. § 2461(c), any and all firearms and ammunition that were involved in or used in a knowing or willful commission of the offense, or, pursuant to 18 U.S.C. § 3665, that were found in the possession or under the immediate control of the defendant at the time of arrest.

The forfeitable property includes, but is not limited to, the following:

Personal Property:

a) One Glock 27 .40 caliber firearm, bearing serial number WYU762, seized on April 23, 2021, from CHRISTOPHER TRINIDAD-LOPEZ at 1813 S

Saunders Street, Raleigh, NC, and any and all associated ammunition.

b) One Sig Sauer model P365 9mm caliber firearm, bearing serial number 66A703932, seized on April 23, 2021, from CHRISTOPHER TRINIDAD-LOPEZ at 1813 S Saunders Street, Raleigh, NC, and any and all associated ammunition.

[remainder of page intentionally left blank]

If any of the above-described forfeitable property, as a result of any act or omission of a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A TRUE BILL:

REDACTED VERSION
Pursuant to the E-Government Act and the _____
federal rules, the unredacted version of
this document has been filed under seal. ___ ___ ___

FOREPERSON

2 · 1 · 2022
DATE

MICHAEL F. EASLEY, JR.
United States Attorney

BY:

JOHN P. NEWBY, JR.
Special Assistant United States Attorney

I certify the foregoing to be a true and correct copy of the original.
Peter A. Moore, Jr., Clerk
United States District Court
Eastern District of North Carolina

By: _____
Deputy Clerk

AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

V.

**CRIMINAL CASE: 5:22-CR-00027-2BO(3)**

JOHNATHAN WILSON

To: The United States Marshal  and any Authorized United States Officer.  YOU ARE HEREBY COMMANDED to arrest

__JOHNATHAN WILSON__ and he/she shall be brought before the nearest Magistrate/Judge to answer an

 __X___ Indictment _____ Superseding Indictment _____Criminal Information_____Complaint

_____ Order of Court: _____Violation Notice_____Probation Violation Petition charging him/her with:

Count 1 - 21 U.S.C. § 846: Conspiracy to Distribute and Possess With the Intent to Distribute Five Hundred (500) Grams or More of Cocaine
Count 2 - 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2: Possess With the Intent to Distribute Five Hundred (500) Grams or More of Cocaine; and Aiding and Abetting
Count 4 - 18 U.S.C. § 924(c)(1)(A): Possession of a Firearm in Furtherance of a Drug Trafficking Crime
Count 5 - 18 U.S.C. §§ 922(g)(1) and 924: Possession of Firearms by a Convicted Felon

Peter A. Moore, Jr.
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

Signature of Issuing Officer by Deputy Clerk

FEBRUARY 1, 2022 - RALEIGH, NORTH CAROLINA
Date and Location

Recommended Bond: DETENTION

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | NAME AND TITLE OF ARRESTING OFFICER |
| DATE OF ARREST | | |